**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:                                                                                          CASE NO**.: 15-01857-JAF**

**TOMEKA D GIVHAN**
              Debtor.
_____/

First Payment Due Date: May 29, 2015
Claims Bar Date: August 31, 2015
341: June 1, 2015 at 12:00PM
Confirmation: June 30, 2015 at 1:30PM

## AMENDED CHAPTER 13 PLAN

1.   The future earnings or income of the Debtor(s) is submitted to the supervision and control of the Trustee.

2.   The total of **$1,685.00** per month, for months **1 - 60** shall be submitted to the control of the Trustee for administration on behalf of creditors filing allowed claims, for a duration of **sixty (60) months,** i.e. the "life of the plan", or, alternatively, until all such claims are paid in full.

3.   The Trustee shall make the following disbursements from the payments so received:

### A.  PRIORITY CLAIMS

(1)   The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the amount of all payments remitted under the plan.

(2)   **The Law Offices of Keith D. Collier** has an administrative priority claim in the amount of $3,500.00 for the Chapter 13 proceeding.  Upon confirmation the Trustee shall make payments of **$250.00** per month, for months **1-14,** with no interest, in order to satisfy this obligation.  The Trustee shall also make payments of **$25.00** per month, for months **1- 48,** for monthly administrative fees.

### B.  SECURED CLAIMS

(1)   **Loancare (Account Ending In #9499)(Claim #   )** has the first mortgage on the Debtor's principal residence located at 4912 Tiger Lily Lane, Jacksonville, FL 32257.  The Trustee shall make the regular monthly payments of **$1,237.00** over the life of the plan, subject to periodic changes in accordance with variations in the prevailing discount rate and/or potential escrow advances paid by this secured creditor.   The total arrearage on the mortgage payments is $10,000.00, which includes late charges, reasonable pre-petition attorney's fees, and costs.  The Trustee shall pay this creditor **$217.39** per month, for months **15-60**, toward the arrearage to bring the mortgage payments current over the life of the plan.

(2) **Wexford Chase Homeowners Association (Account Ending In #) (Claim #2-1)** has a lien on the Debtor's principal residence located at 4912 Tiger Lily Lane, Jacksonville, FL 32257 in the amount of $1,351.74. The Trustee shall pay this creditor **$34.10** per month, from payments **15-60**, which includes six percent (6%) interest, for months 1-60 the plan to satisfy this obligation. **Totaling $1,567.98**

(3) **U.S. Department of Housing and Urban Development (Account Ending In #6662)(Claim #3-1)** has the second mortgage on the Debtor's property located at (4912 Tiger Lily Lane, Jacksonville, FL 32257). There are no payments due under this mortgage.

(4) All secured creditors will retain their liens, pursuant to 11 U.S.C. 1325(a)(B)(i).

## C. UNSECURED CLAIMS

(1) Unsecured creditors, including those secured creditors having deficiency claims or whose liens have been avoided, shall receive distribution on a pro-rata basis after all administrative, priority and secured claims have been paid in full. The Trustee shall distribute the remaining monies paid into the plan, after payment of all other creditors under the plan, to said unsecured creditors.

(2) Any claim filed after the last date to file claims, shall receive no distribution under this plan unless specifically provided for above.

## D. GENERAL PROVISIONS

(1) The Debtor(s) does not reject any executory contracts.

(2) Title to all property in the estate shall re-vest in the Debtors upon confirmation of this plan.

(3) Except as provided for in the plan, Student Loans and as to the United States Department of Education, the order confirming the plan or other court order, no interest, late charges, penalties or attorneys' fees will be paid to or accessible by any creditor. 11 U.S.C. Section 1327(a) provides: "The provisions of a confirmed plan bind the Debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."

(4) Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and /or deeds of trust on the principal residence of the Debtors to do all of the following:

(A) To apply the payments received from the trustee on the prepetition arrearages, if an, only to such arrearages. For purposed of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this care.

(B) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

    (C)  To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

**DATED: June 5, 2015**                                   **The Law Offices of Keith D. Collier**

<u>/s/ Keith D. Collier, Esquire</u>
**KEITH D. COLLIER**
Florida Bar No.: 0633771
2350 Park Street
Jacksonville, Florida 32204
(904) 696-DEBT (3328)/Fax: 981-8015
Collier@KeithDCollier.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: **15-01857-JAF**

**TOMEKA D GIVHAN,**
    Debtor.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the attached Debtor's Amended Chapter 13 Plan filed on June 5, 2015 has been furnished by Electronic Mail/U.S. Mail to all parties of interest on the attached mailing matrix this 5th day of June, 2015.

**The Law Offices of Keith D. Collier, PLLC**

/s/ Keith D. Collier, Esquire
**KEITH D. COLLIER**
Florida Bar No.: 0633771
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100/Fax: 981-8015
Attorney for Debtor(s)

MAILING MATRIX ATTACHED BELOW

```
Label Matrix for local noticing      Tomeka D Givhan                       United Consumer Financial Serv
113A-3                               4912 Tiger Lily Ln                    Bass & Associates, P.C.
Case 3:15-bk-01857-JAF               Jacksonville, FL 32257-8195           3936 E. Ft. Lowell Rd., Suite 200
Middle District of Florida                                                 Tucson, AZ 85712-1083
Jacksonville
Fri Jun  5 11:32:36 EDT 2015

Aldridge Connors LLP                 American Credit Accept                (p)AMERICOLLECT INC
1615 S Congress Ave Ste 200          340 E Main St Ste 400                 PO BOX 2080
Delray Beach, FL 33445-6326          Spartanburg, SC 29302-1989            MANITOWOC WI 54221-2080


Business Revenue Syste               Capital One                           (p)CAPITAL ONE
2419 Spy Run Ave Ste A               Attn: Bankruptcy                      PO BOX 30285
Fort Wayne, IN 46805-3262            PO Box 30285                          SALT LAKE CITY UT 84130-0285
                                     Salt Lake City, UT 84130-0285


(p)CHOICE RECOVERY INC               City of Jacksonville                  Convergent Outsourcing
1550 OLD HENDERSON ROAD              117 West Duval Street Ste. 480        800 SW 39th St
STE 100                              Jacksonville, FL 32202-5721           Renton, WA 98057-4975
COLUMBUS OH 43220-3662


Credit Coll                          Credit Collections Svc                Duval County Tax Collector
PO Box 9134                          PO Box 773                            231 Forsyth St. #130
Needham, MA 02494-9134               Needham, MA 02494-0918                Jacksonville FL 32202-3380


Er Solutions/Convergent Outsourcing, Inc   Florida Dept. of Revenue        Fst Premier
PO Box 9004                          Bankruptcy Unit                       601 S Minnesota Ave
Renton, WA 98057-9004                P.O. Box 6668                         Sioux Falls, SD 57104-4824
                                     Tallahassee, FL 32314-6668


Internal Revenue Service             Law Offices of Keith D. Collier, PLLC Loancare
PO Box 7346                          2350 Park St                          PO Box 8068
Philadelphia, PA 19101-7346          Jacksonville, FL 32204-4318           Virginia Beach, VA 23450-8068


Mg Credit                            (p)NATIONSTAR MORTGAGE LLC            Nationstar Mortgage Ll
5115 San Juan Ave                    PO BOX 619096                         PO Box 199111
Jacksonville, FL 32210-3137          DALLAS TX 75261-9096                  Dallas, TX 75235


North American                       Off of Stu Fin Assista                Off of Stu Fin Assista
2810 Walker Rd                       1940 N Monroe St Ste 70               Florida Department of Education
Chattanooga, TN 37421-1082           Tallahassee, FL 32303-4759            PO Box 7019
                                                                           Tallahassee, FL 32314-7019


Santander Consumer USA               U.S. Department of Housing and Urban Develop   US Dept of Ed/Glelsi
PO Box 961245                        451 7th Street S.W.                   PO Box 7860
Fort Worth, TX 76161-0244            Washington, DC 20410-0002             Madison, WI 53707-7860
```

| | | |
|---|---|---|
| United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United Consumer Fnl s<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| United Surgical Assistants, LLC<br>P.O. Box 21686<br>Tampa, FL 33622-1686 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | West Asset<br>2703 N US Highway 75<br>Sherman, TX  75090-2567 |
| West Asset Management<br>2703 N US Highway 75<br>Sherman, TX  75090-2567 | Wexford Chase HOA Inc<br>11555 Central Parkway Suite 801<br>Jacksonville, FL 32224-2700 | Wexford Chase Homeowners Association<br>c/o Richard Powers, P.A.<br>2104 Delta Way Ste 6<br>Tallahassee, FL  32303-4236 |
| United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Keith D. Collier +<br>Law Offices of Keith D. Collier (Jax)<br>2350 Park Street<br>Jacksonville, FL 32204-4318 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI  54220-9208 | (d)Americollect Inc<br>Attn: Bankruptcy<br>PO Box 1566<br>Manitowoc, WI  54221-1566 | Capital One<br>PO Box 85520<br>Richmond, VA  23285-5520 |
| Choice Recovery<br>1550 Old Henderson Rd<br>Columbus, OH  43220-3626 | Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX  75067-4177 | Vystar Credit Union<br>Attn: Bankruptcy<br>PO Box 45085<br>Jacksonville, FL  32232-5085 |
| (d)Vystar Credit Union<br>PO Box 45085<br>Jacksonville, FL  32232-5085 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 | |